**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                §
                                      §
BARRON, ANDREA J                      §         Case No. 11-08468
                                      §
            Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m., on Thursday, August 20, 2013
        in Courtroom   613, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                          Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
BARRON, ANDREA J  §  Case No. 11-08468
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 5,691.98 |
| leaving a balance on hand of[1] | $ | 4,308.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000006 | VW Credit, Inc. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000001A | William G. Spies | $ 4,325.00 | $ 4,325.00 | $ 4,325.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,308.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,750.00 | $ 0.00 | $ 635.99 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 9,997.50 | $ 0.00 | $ 3,633.29 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 106.60 | $ 0.00 | $ 38.74 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,308.02 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,795.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | William G. Spies | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Commerce Bank | $ 14,404.62 | $ 0.00 | $ 0.00 |
| 000003 | Sandra K. Burns | $ 18,500.00 | $ 0.00 | $ 0.00 |
| 000004 | Discover Bank | $ 3,526.15 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 3,965.06 | $ 0.00 | $ 0.00 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 1,183.56 | $ 0.00 | $ 0.00 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 1,557.77 | $ 0.00 | $ 0.00 |
| 000009 | FIA Card Services, NA/Bank of America | $ 9,674.45 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | FIA Card Services, NA/Bank of America | $ 983.97 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 11-08468-TAB
Andrea J Barron                                                     Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1         User: ahamilton              Page 1 of 3         Date Rcvd: Jul 15, 2013
                             Form ID: pdf006              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2013.
db           #+Andrea J Barron,    2211 Catherine St,    Northbrook, IL 60062-4509
aty          #+Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
16905341      American Airlines Credit Plan,    Processing Center,    Des Moines, IA 50364-0001
16905342      Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16905339     +Barron Andrea J,    2211 Catherine St,    Northbrook, IL 60062-4509
16905343     +Beermann Swerdlove,    69 W. Washington,    Chicago, IL 60602-3134
16905344      Carsons,   P.O. Box 17264,    Baltimore, MD 21297-1264
16905345      Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5298
17478222      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16905346     +Citicards,   P.O. Box 6000,    The Lakes, NY 89163-0001
16905349      Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
16905340     +Maxwell Law Group LLC,    105 W Adams,    Chicago, IL 60603-4109
16996910     +Rosenfeld, Hafron, Shapiro & Farmer,    Atty for William Spies,    221 North LaSalle, Suite 1763,
               Chicago, IL 60601-1405
16905350     +Sandra Burns,   C/O John V Del Gaudio, Jr., Ltd,    4620 North Racine Avenue,    Ste 9,
               Chicago, IL 60640-4900
17249991     +Sandra K. Burns,    Law Offices of Sandra K. Burns,    348 Lathrop Ave,
               River Forest, IL 60305-2122
16905351      Wells Fargo,    P.O. Box 14411,    Des Moines, IA 50306-3411
17366717     +William G. Spies,    CO Howard Rosenfeld,    Rosenfeld Hafron Shapiro & Farmer,
               221 North LaSalle, Suite 1763,    Chicago, Illinois 60601-1461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17381391      E-mail/Text: bankruptcy@commercebank.com Jul 16 2013 01:03:34      Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
16905347     +E-mail/Text: bankruptcy@commercebank.com Jul 16 2013 01:03:34      Commerce Bank,
               3930 S 147th St, Ste 200,    Omaha, NE 68144-5571
17383449      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 16 2013 01:09:27      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
16905348      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 16 2013 01:09:27      Discover Financial Services,
               P.O. Box 6103,   Carol Stream, IL 60197-6103
17764804      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2013 01:12:38
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
17680248     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 16 2013 00:57:34
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16996899      E-mail/Text: vci.bkcy@vwcredit.com Jul 16 2013 00:59:37      Volkswagen Credit,    Po Box 3,
               Hillsboro, OH 97123
17680076     +E-mail/Text: vci.bkcy@vwcredit.com Jul 16 2013 00:59:37      VW Credit, Inc.,    PO BOX 829009,
               Dallas, TX 75382-9009
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: ahamilton           Page 2 of 3            Date Rcvd: Jul 15, 2013
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2013**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton             Page 3 of 3                  Date Rcvd: Jul 15, 2013
                              Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2013 at the address(es) listed below:

          Andrew J Maxwell    on behalf of Debtor Andrea J Barron maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          John H Redfield    on behalf of Creditor William G Spies jredfield@craneheyman.com,
           mjoberhausen@craneheyman.com
          John V Delgaudio, Jr    on behalf of Creditor Sandra K. Burns JVD@JVDLaw.com,
           John@LifeToLegacy.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Nicole A Elipas    on behalf of Debtor Andrea J Barron naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
           andpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
          Vikram R Barad    on behalf of Debtor Andrea J Barron vbarad@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
           cjcapo@maxwellandpotts.com
                                                                                                               TOTAL: 11