# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                          §
                                §
BARRON, ANDREA J                §        Case No. 11-08468
                                §
            Debtor(s)           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America P.O. Box 851001 Dallas, TX 75285-1001 |  |  |  |  |  |
|  | Lexus Financial Services P.O. Box 4102 Carol Stream, IL 60197-4102 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo P.O. Box 14411 Des Moines, IA 50306-3411 | | | | | |
| 000006 | VW CREDIT, INC. | | | | | |
| 000001A | WILLIAM G. SPIES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| GRAND PIANO HAUS | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Airlines Credit Plan Processing Center Des Moines, IA  50364-0001 | | | | | |
| | Beermann Swerdlove 161 N. Clark, Suite 2600 Chicago, IL  60601 | | | | | |
| | Carsons P.O. Box 17264 Baltimore, MD  21297-1264 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE  19886-5298 | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000002 | COMMERCE BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | SANDRA K. BURNS | | | | | |
| 000001 | WILLIAM G. SPIES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - BARRON**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | |
|---|---|
| Case No: | 11-08468   TAD   Judge: Timothy A. Barnes |
| Case Name: | BARRON, ANDREA J |
| For Period Ending: | 09/11/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 03/01/11 (f) |
| 341(a) Meeting Date: | 04/14/11 |
| Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 921 Wildwood Lane Northbrook, IL 60062 | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand (approx.) | 50.00 | 0.00 | | 0.00 | FA |
| 3. CCU Checking | 138.83 | 0.00 | | 0.00 | FA |
| 4. Devon Bank checking bal.  -100.00 | 0.00 | 0.00 | | 0.00 | FA |
| 5. misc. household goods and furnishings | 1,000.00 | 10,000.00 | | 10,000.00 | FA |
|    Trustee sold piano; after payment of consigor's expenses, estate<br>   recovered $8,650.00; pursuant to this Court's order dated 2/13/13,<br>   Debtor's ex-spiouse was granted his claim for 50% interest in the sale<br>   proceeds | | | | | |
| 6. misc. books, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 7. ordinary and necessary wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. assorted jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. misc. sport and hobby equipment | 100.00 | 0.00 | | 0.00 | FA |
| 10. life insurance (employer-term) | 0.00 | 0.00 | | 0.00 | FA |
| 11. retirement plan 100% exempt | 500,000.00 | 0.00 | | 0.00 | FA |
| 12. 3 529 accounts (1 per child) (estimated) | 4,500.00 | 0.00 | | 0.00 | FA |
| 13. monthly maintenance per Marital Settlement Agreeme | 6,000.00 | 0.00 | | 0.00 | FA |
| 14. 2011 Volkswagen Jetta | 25,307.93 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,840,596.76 | $10,000.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee iinvestigated value of assets; Debtor's interest in assets was determined pursuant to a divorce decree; Trustee

FORM 1 - BARRON
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-08468    TAD    Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | BARRON, ANDREA J | Date Filed (f) or Converted (c): | 03/01/11 (f) |
| | | 341(a) Meeting Date: | 04/14/11 |
| | | Claims Bar Date: | 09/06/11 |

requested that Debtor and her ex-spouse prepare a detailed listing of the personal property; Trustee was granted
authority to conduct a Rule 2004 examination of the Debtor's ex-spouse in order to obtain information regarding the
Debtor's interest in the marital property subject to the divorce decree; Trustee received court authority to sell a
piano for $10,000 less expenses of sale;  Debtor objected to the sale on the grounds that it was not Debtor's property
but rather, her daughters; Debtor's ex-spouse asserted a claim for $100,000 against the Estate and a 50% interest in the
piano; Trustee, Debtor and Debtor's ex-spouse settled the ex-spouse's claim against the  piano such that the ex-spouse
would receive 50% of the sale proceeds from the piano and withdraw his claim agaisnt the estate; Debtor settled with
Trustee such that her objection to the sale was withdrawn and she nor her daughter would not claim any interest in the
sale proceeds; Trustee determined that the re were no remaining assets of value to the estate and settled such that all
remaining assets were to be divided between the Debtor and her ex-spouse outside of the bankruptcy case
TFR filed

Initial Projected Date of Final Report (TFR): 12/30/13        Current Projected Date of Final Report (TFR): 12/30/13

/s/    Joseph A. Baldi

_____ Date: 09/11/13

JOSEPH A. BALDI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 11-08468 -TAD |
| Case Name: | BARRON, ANDREA J |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7425  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******4628 |
| For Period Ending: | 10/28/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/12 | 5 | GRAND PIANO HAUS, LLC<br>3640 W. Dempster Street<br>Skokie, IL 60076 | SALE OF PERSONAL PROPERTY | | 8,650.00 | | 8,650.00 |
| | | GRAND PIANO HAUS | Memo Amount:        10,000.00<br>SALE PROCEEDS | 1129-000 | | | |
| | | GRAND PIANO HAUS | Memo Amount:      (      1,350.00 )<br>Consignor commission and expenses | 2500-000 | | | |
| 02/07/13 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 6.98 | 8,643.02 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment<br>date more than 30 days old. Therefore, I entered<br>3/11/13 as the date of adjustment. The actual date of<br>adjustment which is reflected on the bank<br>statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 8,653.02 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment<br>date more than 30 days old. Therefore, I entered<br>3/11/13 as the date of adjustment. The actual date of<br>adjustment which is reflected on the bank<br>statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 8,643.02 |
| 04/03/13 | 001002 | William G. Spies<br>36 Insignia Ct.<br>Highland Park, IL 60035 | SETTLEMENT<br>Settlement Agreement | 4210-000 | | 4,325.00 | 4,318.02 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition ~JMM<br>4.10.13 | 2600-003 | -10.00 | | 4,308.02 |
| 08/22/13 | 001003 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 635.99 | 3,672.03 |
| 08/22/13 | 001004 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Fees (Trustee | | | 3,672.03 | 0.00 |

**FORM 2**

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-08468 -TAD |
| Case Name: | BARRON, ANDREA J |
| | |
| Taxpayer ID No: | *******4628 |
| For Period Ending: | 10/28/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7425  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees | 3,633.29 | 3110-000 | | | |
| | | | Expenses | 38.74 | 3120-000 | | | |

| | | | | |
|---|---|---|---|---|
| | Account | *******7425 | Balance Forward | 0.00 |
| | | 1 | Deposits | 8,650.00 |
| | | 0 | Interest Postings | 0.00 |
| Memo Allocation Receipts: | 10,000.00 | | | |
| Memo Allocation Disbursements: | 1,350.00 | | Subtotal | $   8,650.00 |
| | | | | |
| Memo Allocation Net: | 8,650.00 | 2 | Adjustments In | 0.00 |
| | | 0 | Transfers In | 0.00 |
| | | | | |
| | | | Total | $   8,650.00 |

| | |
|---|---|
| 4   Checks | 8,640.00 |
| 1   Adjustments Out | 10.00 |
| 0   Transfers Out | 0.00 |
| | |
| Total | $   8,650.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.03